

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,955-01

**EX PARTE STEVEN LEE BUNKER, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 63847-A
### IN THE 412ᵀᴴ DISTRICT COURT FROM BRAZORIA COUNTY

*Per curiam*.   *Yeary, J. filed a dissenting opinion.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to online solicitation of a minor and was sentenced to five years' imprisonment. He did not appeal his conviction.

This Court, in *Ex parte Lo*, held unconstitutional the online solicitation of a minor statute for which Applicant was convicted. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). Applicant filed this habeas application based on the *Lo* decision and asks that his convictions be set aside. The State recommends that relief be granted in this cause. We agree.

Relief is granted. The judgment in Cause No. 63847 in the 412th District Court of Brazoria County is set aside and Applicant is remanded to the custody of the Sheriff of Brazoria County to answer the charges as set out in the indictment so that the indictment may be disposed of in accordance with this Court's opinion in *Ex parte Lo.* The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 24, 2016
Do not publish